**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. MARCIAL H. SALCIDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-0007-RAW |
| | ) | |
| 1. TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Marcial Salcido, hereby stipulates with the Defendant, Tyson Foods, Inc., that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 26th DAY OF AUGUST, 2016.**

s/ Shannon C. Haupt
JANA B. LEONARD, OBA #17844
SHANNON C. HAUPT, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

1

        s/J. Randall Coffey
(Signed with permission)
J. Randall Coffey
FISHER & PHILLIPS, LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
816-842-8770 telephone
816-842-8767 facsimile
rcoffey@laborlawyers.com
*Counsel for Defendant*